AO 450 (Rev. 01/09)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the

District of South Carolina

Lavar D. Brown

*Plaintiff*

v.                                                                Civil Action No.        5:13-2499-JMC

Commissioner of the Social Security Administration

*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■   other: the decision of the Commissioner of Social Security Administration is affirmed.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having adopted the Report and Recommendation of Magistrate Judge Kaymani D. West affirming the decision of the Commissioner of the Social Security Administration.

*CLERK OF COURT*

Date: March 31, 2015

s/Angie Snipes

_____
*Signature of Clerk or Deputy Clerk*